UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ARMANDO MACIAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT A. HOREL, Warden,<br><br>　　　　　Respondent. | Case No. CV 08-379 DDP(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), the Motion to Dismiss the Petition, the Opposition to the Motion to Dismiss the Petition, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered granting the Motion to Dismiss and dismissing this action with prejudice.

///

///

///

     IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

     LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 9, 2009

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE