# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ARMANDO MACIAS, | Case No. CV 08-379 DDP(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| ROBERT A. HOREL, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss the Petition for Writ of Habeas Corpus by a Person in State Custody is granted and this action is dismissed with prejudice.

DATED: September 9, 2009

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE